FILED IN OPEN COURT
ON ___I|6|2| Bru
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-8-1B0(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **I N D I C T M E N T** |
| | ) | |
| GESSYCA EVENE JEASPAUTINE MISSIE | ) | |
| | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about August 13, 2018, in the Eastern District North Carolina, and elsewhere, the defendant, GESSYCA EVENE JEASPAUTINE MISSIE, did knowingly attempt to procure her naturalization as a United States citizen contrary to law, by making a false statement under oath regarding her naturalization application, that is:

a. On Part 12, Item 1 of defendant MISSIE's Application for Naturalization (Form N-400), in response to the question "Have you EVER claimed to be a U.S. citizen (in writing or any other way)?" she answered "No" when in fact as she then knew, she had claimed to be a United States citizen in a voter registration application on August 1, 2014.

b. On Part 12, Item 2 of defendant MISSIE's Application for Naturalization (Form N-400), in response to the question "Have you EVER registered to vote in any Federal, State, or local election in the United States?" she answered "No" when in fact as she then knew, she had registered to vote on August 1, 2014.

All in violation of Title 18, United States Code, Section 1425(a).

1

## COUNT TWO

On or about August 13, 2018, in the Eastern District of North Carolina, and elsewhere, the defendant, GESSYCA EVENE JEASPAUTINE MISSIE, did knowingly make under oath, and did knowingly subscribe as true under penalty of perjury under Title 28, United States Code, Section 1746, a false statement with respect to a material fact in an application required by the immigration laws and regulations prescribed thereunder, that is, defendant MISSIE stated falsely in an Application for Naturalization (Form N-400) that she had never claimed to be a United States citizen and she had never registered to vote in any Federal, State, and local election in the United States, when in fact, as she then and there knew, she had claimed to be a United States citizen and registered to vote in a Federal, State, and local election on August 1, 2014.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT THREE

On or about August 13, 2018, in the Eastern District of North Carolina, and elsewhere, the defendant, GESSYCA EVENE JEASPAUTINE MISSIE, did knowingly make a false statement under oath in a case, proceeding, and matter relating to, and under, and by virtue of any law of the United States relating to naturalization, citizenship, and registry of aliens, that is, defendant MISSIE stated falsely under oath in an Application for Naturalization (Form N-400) that she had never claimed to be a United States citizen and she had never registered to vote in

2

any Federal, State, and local election in the United States, when in fact, as she then

and there knew, she had claimed to be a United States citizen and registered to vote

in a Federal, State, and local election on August 1, 2014.

All in violation of Title 18, United States Code, Section 1015(a).

## COUNT FOUR

On or about November 19, 2018, in the Eastern District North Carolina, and

elsewhere, the defendant, GESSYCA EVENE JEASPAUTINE MISSIE, did

knowingly attempt to procure her naturalization as a United States citizen contrary

to law, by making a false statement under oath regarding her naturalization

application, that is:

> a. On Part 12, Item 1 of defendant MISSIE's Application for
> Naturalization (Form N-400), in response to the question "Have you
> EVER claimed to be a U.S. citizen (in writing or any other way)?" she
> answered "No" when in fact as she then knew, she had claimed to be
> a United States citizen in a voter registration application on August
> 1, 2014.

> b. On Part 12, Item 2 of defendant MISSIE's Application for
> Naturalization (Form N-400), in response to the question "Have you
> EVER registered to vote in any Federal, State, or local election in the
> United States?" she answered "No" when in fact as she then knew,
> she had registered to vote on August 1, 2014.

All in violation of Title 18, United States Code, Section 1425(a).

## COUNT FIVE

On or about November 19, 2018, in the Eastern District of North Carolina and

elsewhere, the defendant, GESSYCA EVENE JEASPAUTINE MISSIE, did

3

knowingly make under oath, and did knowingly subscribe as true under penalty of perjury under Title 28, United States Code, Section 1746, a false statement with respect to a material fact in an application required by the immigration laws and regulations prescribed thereunder, that is, defendant MISSIE stated falsely in an Application for Naturalization (Form N-400) that she had never claimed to be a United States citizen and she had never registered to vote in any Federal, State, and local election in the United States, when in fact, as she then and there knew, she had claimed to be a United States citizen and registered to vote in a Federal, State, and local election on August 1, 2014.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT SIX

On or about November 19, 2018, in the Eastern District of North Carolina, and elsewhere, the defendant, GESSYCA EVENE JEASPAUTINE MISSIE, did knowingly make a false statement under oath in a case, proceeding, and matter relating to, and under, and by virtue of any law of the United States relating to naturalization, citizenship, and registry of aliens, that is, defendant MISSIE stated falsely under oath in an Application for Naturalization (Form N-400) that she had never claimed to be a United States citizen and she had never registered to vote in any Federal, State, and local election in the United States, when in fact, as she then and there knew, she had claimed to be a United States citizen and registered to vote in a Federal, State, and local election on August 1, 2014.

4

All in violation of Title 18, United States Code, Section 1015(a).

## COUNT SEVEN

On or about November 30, 2018, in the Eastern District North Carolina, and elsewhere, the defendant, GESSYCA EVENE JEASPAUTINE MISSIE, did knowingly procure her naturalization as a United States citizen contrary to law, by making a false statement under oath regarding her naturalization application, that is:

      a. On Part 12, Item 1 of defendant MISSIE's Application for Naturalization (Form N-400), in response to the question "Have you EVER claimed to be a U.S. citizen (in writing or any other way)?" she answered "No" when in fact as she then knew, she had claimed to be a United States citizen in a voter registration application on August 1, 2014.

[remainder of page intentionally left blank]

5

b. On Part 12, Item 2 of defendant MISSIE's Application for Naturalization (Form N-400), in response to the question "Have you EVER registered to vote in any Federal, State, or local election in the United States?" she answered "No" when in fact as she then knew, she had registered to vote on August 1, 2014.

All in violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON        ✓


_____1 - 6 - 2021_____
DATE


ROBERT J. HIGDON, JR.
United States Attorney


BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

6